**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01225-CR

---

**RICARDO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 401st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 401-82359-2013**

---

## ORDER

We note that this case involves appellant's conviction for indecency with a child. Appellant's brief identifies the child by her full name. Accordingly, we **STRIKE** appellant's brief and order it redrawn to use only the child's initials. We **ORDER** appellant to file his amended brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Malcolm Miranda and to the Collin County District Attorney's Office.

/s/    ADA BROWN
           JUSTICE